Mohammed Ahmed Hassan Abdallah **OMRAN**, Plaintiff-Appellant

v.

**UNITED STATES of America; Nicole Roy; Unknown Defendant**, Defendants-Appellees

No. 17-30535
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed March 7, 2018

Mohammed Ahmed Hassan Abdallah Omran, Pro Se

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

Mohammed Ahmed Hassan Abdallah Omran unsuccessfully pursued claims based on alleged damage to his laptop, and we dismissed his appeal as frivolous. *See Omran v. United States*, 668 Fed.Appx. 131, 131-32 (5th Cir. 2016), *cert. denied*, — U.S. —, 137 S.Ct. 1343, 197 L.Ed.2d 532 (2017). He now appeals the dismissal of a motion filed pursuant to Rule 60(b) of the Federal Rules of Civil

---

Procedure in an attempt to revive his dismissed claims. We affirm.

Omran fails to demonstrate that the original judgment is void or any other basis for Rule 60(b) relief. *See Norris v. Causey*, 869 F.3d 360, 366 (5th Cir. 2017); *Pryor v. U.S. Postal Service*, 769 F.2d 281, 286 (5th Cir. 1985). Furthermore, under these circumstances, he also fails to demonstrate that the district court abused its discretion by prohibiting the filing of additional meritless challenges to the judgment in this closed case. *See Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359-60 (5th Cir. 1986).

AFFIRMED.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.